John G. SINGLETARY, Jr.,
Plaintiff–Appellant,

and

Carla C. Singletary, Appellant,

v.

WELLS FARGO WACHOVIA MORT-
GAGE CORPORATION, its employees
to include agents individually and col-
lectively to include David Bates, De-
fendant–Appellee.

No. 11–1630.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2011.

Decided: Sept. 9, 2011.

John G. Singletary, Jr., Appellant Pro
Se. Hamlet Sam Mabry, III, Haynsworth,
Sinkler & Boyd, PA, Greenville, South
Carolina; Stafford J. McQuillin, III,
Haynsworth, Sinkler & Boyd, PA, Charles-
ton, South Carolina, for Appellee.

Before MOTZ, GREGORY, and
DUNCAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John G. Singletary, Jr., seeks to appeal
the district court's entry of a scheduling
order in his civil suit against Wells Fargo
Wachovia Mortgage Corporation. This
court may exercise jurisdiction only over
final orders, 28 U.S.C. § 1291 (2006), and
certain interlocutory and collateral orders,
28 U.S.C. § 1292 (2006); Fed.R.Civ.P.
54(b); *Cohen v. Beneficial Indus. Loan
Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221,
93 L.Ed. 1528 (1949). The order Single-
tary seeks to appeal is neither a final order
nor an appealable interlocutory or collater-
al order. Accordingly, as no judge has
requested a poll on Singletary's motion for
en banc reconsideration of the denial of his
motion for stay, we deny that motion and
dismiss the appeal for lack of jurisdiction.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*